FILED BY ᴅ.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 MAY 10 AM 8:46

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| SHARON B. POLLARD, | ) |
| Plaintiff, | ) |
| v. | ) No. 95-3010 Ml/V |
| E.I. DUPONT DE NEMOURS, INC., | ) |
| Defendant. | ) |

### ORDER DIRECTING CLERK TO DISBURSE REMAINING FUNDS

On May 2, 2005, the Court issued a Consent Order for Disbursement of Attorney's Fees and Expenses Deposited Into Registry of the Court. Pursuant to that order, the Clerk of the Court was ordered to reduce the funds on deposit in the registry of the Court to zero after disbursing the funds in the manner prescribed by the order. It has now come to the Court's attention that a balance of $158.40 would remain on deposit in the Court's registry after the Clerk disbursed the funds in the manner prescribed by the May 2, 2005, order. Accordingly, the Court ORDERS that the Clerk disburse the remaining $158.40 balance by making a check payable to Kathleen L. Caldwell in the sum of $158.40.

So ORDERED this 9 day of May, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet In compliance
with Rule 58 and/or 79(a) FRCP on 5-10-05



# Notice of Distribution

This notice confirms a copy of the document docketed as number 384 in case 2:95-CV-03010 was distributed by fax, mail, or direct printing on May 10, 2005 to the parties listed.

---

Kathleen L. Caldwell
LAW OFFICE OF KATHLEEN L. CALDWELL
2080 Peabody Ave.
Memphis, TN 38104

Stephen D. Goodwin
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Maurice Wexler
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Eugene J. Podesta
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Samuel J. Muldavin
707 Adams Avenue
Memphis, TN 38105

Honorable Jon McCalla
US DISTRICT COURT